# Court of Appeals
# of the State of Georgia

ATLANTA,   July 11, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2102.  TEAUNTA Y. PHILLIPS v. THE STATE.

A jury found Teaunta Phillips guilty of cruelty to children in the first degree. She was sentenced and timely filed a motion for new trial.  On November 17, 2011, the trial court denied her motion for new trial. Phillips filed this direct appeal on March 5, 2012, noting that a copy of the trial court's ruling was inadvertently mailed to the wrong defense counsel.  Regardless of the reason, this Court lacks jurisdiction to consider an untimely appeal.  See *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).

A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  If Phillips's right to appeal was frustrated due to the trial court's failure to send a copy of its order to the proper counsel of record, her remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  Alternatively, Phillips may seek permission from the trial court to file an out-of-time appeal.  See *Ingram v. State*, 300 Ga. App. 834, 835 (1) (686 SE2d 440) (2009).  However, because Phillips failed to file her notice of appeal within 30 days after entry of the order she seeks to challenge, this Court is without jurisdiction to consider this untimely appeal on the

merits.  The appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*